USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KWOK CHING YU,

                Defendant.

90 Cr. 47-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government shall respond to Defendant Yu's motion to reduce sentence, ECF No. 211, by **November 12, 2020**.

SO ORDERED.

Dated: November 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge