UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KWOK CHING YU,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/13/2020___

90 Cr. 47-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant shall file a reply, if any, to the Government's opposition, ECF No. 214, by **November 19, 2020**.

SO ORDERED.

Dated: November 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge