```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/7/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KWOK CHING YU,

                Defendant.

90 Cr. 47-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On May 19, 2023, Defendant filed a motion for early termination of supervised release. ECF No. 225. By **June 19, 2023**, the Government shall file its response. By **June 26, 2023**, Defendant shall file his reply, if any.

       SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge