UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

         -against-

KWOK CHING YU,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/26/2026____

90 Cr. 47-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 23, 2026, Defendant filed a motion seeking, among other things, early termination of supervised release.  *See, e.g.*, ECF No. 232 at 15 (detailing claims).  The Court previously denied a motion for early termination of supervised release without prejudice to renewal by order dated February 1, 2024.  ECF No. 228.

By **March 25, 2026**, the Government shall file its response, and shall indicate whether Probation consents to early termination of supervised release.  By **April 16, 2023**, Defendant shall file his reply, if any.

      SO ORDERED.

Dated: February 26, 2026
      New York, New York

                                   _____
                                     ANALISA TORRES
                             United States District Judge