USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________________
DATE FILED: _7/16/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KWOK-CHING YU,

Defendant.

90 Cr. 47-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated January 23, 2026, and received January 27, 2026, Defendant Kwok-Ching Yu, acting *pro se*, moves this Court for early termination of supervised release. *See* Mot., ECF No. 232; Reply, ECF No. 235. The Government opposes the motion, stating that Probation reports that Yu's term of supervised release has already been served in this case. *See* Resp. at 1, ECF No. 234. The Court has confirmed with Probation that Yu is not serving any supervised release term in this case, although Probation reports that he is serving a supervised release term in *United States v. Kwok Ching Yu*, No. 98 Cr. 452-1 (LAK) (S.D.N.Y.).

Accordingly, Defendant's motion is DENIED as moot. Any motion to terminate Defendant's supervised release in case number 98 Cr. 452 must be filed on that docket.

The Clerk of Court is respectfully directed to mail a copy of this order to:

Kwok Ching Yu
47 Mott St. Apt 34
New York, New York 10013

SO ORDERED.

Dated: July 16, 2026
New York, New York

ANALISA TORRES
United States District Judge